## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **SHELDON BATISTE,** | ) ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| **v.** | ) ) | **Civil Case No. 08-425 (RJL)** |
| **SLM CORPORATION,** | ) ) ) ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this **24** day of September, 2010, it is hereby

**ORDERED** that the Motion by SLM Corporation to Dismiss [#22] is **GRANTED**; and it is further

**ORDERED** that the case is **DISMISSED** for lack of subject matter jurisdiction.

**SO ORDERED.**


RICHARD J. LEON
United States District Judge